ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUL 27 AM 10: 51
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| HOLLIS QUENTRAIL GEIGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 305-035 |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** for frivolity.

SO ORDERED this 27th day of July, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Hollis Quentrail Geiger, Pro-se

CASE NO: CV305-035
DATE SERVED: July 27, 2005
SERVED BY: Cindy Reynolds CR

☐ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate